## EL PUEBLO v. ROIG.

APELACIÓN procedente de la Corte de Distrito de Ponce.

No. 358.—Resuelto en junio 16, 1911.

DERECHO PENAL— EXPOSICIÓN DEL CASO—ERRORES MANIFIESTOS.—En este caso la transcripción de autos no contenía relación de hechos ni exposición del caso, ni pliego de excepciones y no constando de los autos que se haya cometido error fundamental alguno se confirmó la sentencia apelada.

Los hechos están expresados en la opinión.
Abogado del apelante: *Sr. Francisco Jiménez.*

Abogado del apelado: *Sr. Jesús M. Rossy, Fiscal.*

El Juez Asociado Sr. MacLeary, emitió la opinión del tribunal.

El apelante en este caso fué declarado culpable el 29 de marzo pasado, de escalamiento en primer grado. Fué condenado a la pena de reclusión en el presidio por el término de siete años. Contra esta sentencia apeló él para ante este tribunal.

El récord no contiene pliego alguno de excepciones, relación de hechos o exposición del caso. No aparece señalamiento alguno de errores, ni existe error fundamental alguno que sea aparente, de un examen detenido de las tres páginas que constituyen la transcripción de autos que se nos ha enviado de la corte de distrito.

Antes de recibirse la transcripción de autos, el apelante envió al presidente del tribunal un escrito, con el visto bueno del alcaide, y que se unió después a los autos por lo que pudiera valer. Es una relación lamentable de los incidentes del juicio o de algunos de ellos, según le parecieron al apelante. Pero este escrito no puede, en modo alguno, considerarse como parte del récord, y aun cuando ha sido detenidamente leído varias veces en presencia del tribunal, no pueden recibir consideración alguna las alegaciones en el mismo hechas, aún en el supuesto de que fueran ciertas. El estatuto prescribe lo que constituye el récord ante este tribunal en causas criminales; y en muchas de nuestras opiniones emitidas antes de ahora hemos dado instrucciones sobre la manera de preparar el récord.

El delito de escalamiento en primer grado, del que ha sido convicto el apelante, lo castiga nuestro Código Penal (art. 410), con pena de presidio no menor de un año ni mayor de quince. Parece que el tribunal sentenciador consideró el presente caso como un caso corriente y dividió el máximum de la pena casi por la mitad. Aunque pudiéramos considerar que la pena fué más bien severa, no se nos ha sometido nada por razón de lo cual podamos reducirla o modificarla en modo

alguno. Debe confirmarse la sentencia del tribunal sentenciador tal como consta en los autos.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Aldrey.